**FILED**
**JUL 1 3 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOYCE LITTLE,           )
                        )
        Plaintiff,      )
                        )    Case: 1:15-cv-01095   Jury Demand
                        )    Assigned To : Unassigned
    v.                  )    Assign. Date : 7/13/2015
                        )    Description: Pro Se Gen. Civil F Deck
WMATA,                  )
                        )
        Defendant.      )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

The Court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(1)(B). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

According to the plaintiff, WMATA has failed to keep her safe when, for example, its "employees demanded that [she] have sex with them, cannibalize the fetuses produced, commit

1



crimes to get drugs for them, and shoot up with them." Compl. at 2-3. The plaintiff demands that WMATA "cease and desist from its maniacal, raging Caucasian prejudice against [her]," as well as an award of $75,000, among other relief. *Id.* at 4. While the Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), the complaint's factual contentions are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed. *See* 28 U.S.C. § 1915(e)(1)(B).

An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE:
7/9/15

2